# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of FEB 13, 2009 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| BACO REALTY CORPORATION |||
| **Number:** C1512753 | **Date Filed:** 2/26/1990 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 51 FEDERAL ST STE 202 |||
| SAN FRANCISCO, CA 94107 |||
| Agent for Service of Process |||
| BENJAMIN D EISLER |||
| 51 FEDERAL ST STE 202 |||
| SAN FRANCISCO, CA 94107 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

Page: 1 Document Name: untitled

BT02                        BUSINESS TAX MASTER RECORD        # 107588        02/17/0

```
BUSINESS NAME: SECURITY PUBLIC STORAGE          START DATE   CLOSE DATE
DESCRIPTION:   MINI WAREHOUSE                   03/11/97
ADDRESS:       6310 STOCKTON BL
               SACRAMENTO CA 95824              PHONE:    916/393-3349
MAILING NAME:  SECURITY PUB STORAGE-SACTO II
ATTENTION:     C/O BACO REALTY CORPORATION
ADDRESS:       51 FEDERAL ST #402
               SAN FRANCISCO, CA 94107
OWNER NAME #1: BACO REALTY CORP.                FEDERAL-ID:
      NAME #2:                                  S.S.N.:
      NAME #3:                                  STATE ID NO:
NOTICES   RENEWAL: 2 AUDIT: 1 DELINQUENT: 1 CERTIFICATE:   REFUND:   ALERT:
A-1  01/01/09-12/31/09    (001)   401   F1
```

*TAX INFORMATION CLASSIFIED*


PRESS PF3 TO RETURN TO MAIN MENU
PRESS CLEAR TO EXIT

```
L2/M    SACRAMENTO COUNTY 2008 LOAD MB ROLL DATA                      08:45        TT:
        PARCEL NUMBER     SITUS                            TRA        PP CLS
        038 0191 001 0000   06303 STOCKTON BL         95824    03370      0
                  ZIP CODE CITY: SACRAMENTO     JURISDICTION: SACRAMENTO
PC NR:                    DELETED BY PC:

OWNER  : DUKES DONALD E/PAULEEN J
STREET : 6541 SUTTER AV                    C/O NAME:
CITY   : CARMICHAEL          CA    95608
EFF ADDR DT:    080214                     REC DT/PG:       080214 0147
        LAND:      510,000                 EFF DATE OWNER: 080214
        IMPS:        1,020                 DEED TYPE:      GD
                 -----------               RELIAB:         55
       TOTAL:      511,020                 TRF TAX:        .00
    FIXTURES:            0                 MULTI:          0
    PERSONAL:            0                 % XFER:         .000
      EXEMPT :           0                 USE CODE:       BAA00B
   HOMEOWNERS:           0
                 -----------
                    511,020
   BONDS:              BALANCE:           .00  AS OF:
   NV CODE:    901                                        07-AUG-08
```

Case 2:09-cv-00577-FCD-DAD   Document 1-2   Filed 02/28/09   Page 5 of 17

# Assessor Parcel Viewer





### PROPERTY INFORMATION

| | |
|---|---|
| ASSESSOR'S PARCEL NUMBER | 038-0191-001-0000 |
| Address | 6303 STOCKTON |
| Jurisdiction | City of Sacramento |
| Supervisor District | Supervisor Jimmie Yee (2) |

### ASSESSOR'S 2008-2009 ROLL VALUES

| | |
|---|---|
| Land Value | $253,026 |
| Improvement Value | $4,769 |
| Personal Property Value | $0 |
| Fixtures | $0 |
| Homeowner's Exemption | $0 |
| Other Exemption | $0 |
| Net Assessed Value | $257,795 |

### LAND INFORMATION

| | |
|---|---|
| Thomas Brothers Coordinates | 318 A 6 |
| Assessor's Land Use Code | BAA00B |
| Subdivision Name | |
| Lot Number | |
| Approx. Parcel Area | 47,044.80 sq ft |

### PROPERTY BUILDING INFORMATION

No property building information is available for this parcel on-line. Property information may be available for purchase at the Assessor's Office located at 3701 Power Inn Road, Suite 3000 Sacramento, CA

Assessor Parcel Viewer
  Location of Airports
    ☐
  Location of Parks
    ■
  Location of Schools
    ▦
  City Boundaries
    ☐
    ☐CITRUS HEIGHTS
    ☐ELK GROVE
    ☐FOLSOM
    ☐GALT
    ☐ISLETON
    ☐CITY OF RANCHO CORDOVA
    ☐CITY OF SACRAMENTO

Parcel Lines
  ☐
Street Names
  ╱

**Recording Requested by:**
PLACER TITLE COMPANY

**and when recorded mail to:**

DONALD E DUKES & PAULEEN DUKES
6541 Sutter Ave
Carmichael, CA 95608

Escrow No. 409-2391-SJ

Sacramento County Recording
Craig A Kramer, Clerk/Recorder
BOOK **20080214** PAGE **0147**
Check Number  12468
Thursday, FEB 14, 2008  8:34:19 AM
Ttl Pd    $14.00        Nbr-0005264428

KNM/72/1-2

**Mail Tax Statements to:**
**SAME AS ABOVE**

Space above this line for Recorder's Use

The grantee ☒ was ☐ was not the foreclosing beneficiary.
The amount of consideration paid by grantee is $0.00
The amount of the debt with accrued interest is $216,110.00
Documentary transfer tax due is:   $0.00
_____The undersigned Grantor hereby declares_____
Signature of Declarant or Agent determining tax

# GRANT DEED
## IN LIEU OF FORECLOSURE

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **NORMAN BUSTER GENTRY AND SANDRA LARUE GENTRY, HUSBAND AND WIFE, AS JOINT TENANTS**

hereby GRANT(S) to **DONALD E. DUKES AND PAULEEN J. DUKES, HUSBAND AND WIFE AS JOINT TENANTS**
THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SACRAMENTO, CITY OF SACRAMENTO, AND IS DESCRIBED AS FOLLOWS:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF**

THIS DEED IS AN ABSOLUTE CONVEYANCE, THE GRANTOR(S) HAVING SOLD SAID LAND TO THE GRANTEE(S) FOR A FAIR AND ADEQUATE CONSIDERATION, SUCH CONSIDERATION, IN ADDITION TO THAT ABOVE RECITED, BEING FULLY SATISFACTION AS ALL OBLIGATIONS SECURED BY THE DEED OF TRUST (MORTGAGE) EXECUTED BY Norman Buster Gentry and Sandra Larue Gentry, TO Donald E. Dukes and Pauleen J. Dukes, AS Bk 20070425, Pg 0910, ON , OFFICIAL RECORDS OF SACRAMENTO COUNTY.

GRANTOR(S) DECLARE(S) THAT THIS CONVEYANCE IS FREELY AND FAIRLY MADE, AND THAT THERE ARE NO AGREEMENTS, ORAL OR WRITTEN, OR OTHER THAN THIS DEED BETWEEN GRANTOR(S) AND GRANTEE(S) WITH RESPECT TO SAID LAND.
Dated: February 08, 2008

_____
NORMAN BUSTER GENTRY

_____
SANDRA LARUE GENTRY

O:\DeedDIL.doc (08/01)

State of California         )
                            ) ss.
County of Sacramento        )

On February 11, 2008 before me, S James _____,
Notary Public, personally appeared Norman Buster Gentry and Sandra LaRue Gentry _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

SIGNATURE _____

[Notary Seal: S. JAMES, COMM. #1745422, NOTARY PUBLIC • CALIFORNIA, SACRAMENTO COUNTY, Comm. Expires JUNE 5, 2011]

**EXHIBIT "A"**

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SACRAMENTO, CITY OF SACRAMENTO, AND IS DESCRIBED AS FOLLOWS:

ALL THAT PORTION OF LOTS 146 AND 147, AS SHOWN ON THE "PLAT OF PLAT OF LEMON HILL TRACT", ACCORDING TO THE OFFICIAL PLAT THEREOF, FILED IN THE OFFICE OF THE RECORDER OF SACRAMENTO COUNTY, CALIFORNIA IN BOOK 7 OF MAPS, MAP NO. 28, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE NORTH LINE OF SAID LOT 146 (SAID NORTH LINE OF LOT 146 BEING LOCATED ON THE SOUTH LINE OF A PUBLIC ROAD, 60 FEET IN WIDTH, AS SHOWN ON SAID PLAT), LOCATED SOUTH 89 DEGREES 30' WEST 30.00 FEET FROM THE NORTHEAST CORNER OF SAID LOT 146; THENCE FROM SAID POINT OF COMMENCEMENT, PARALLEL TO THE EAST LINE OF SAID LOTS 146 AND 147, SOUTH 19 DEGREES 53' EAST 140.11 FEET TO A POINT IN SAIDLOT 147; THENCE PARALLEL TO THE SOUTH LINE OF SIAD LOT 147, SOUTH 89 DEGREES 30' WEST 409.33 FEET TO A POINT ON THE WEST LINE OF SAID LOT 147 AND THE CENTER LINE OF UPPER STOCKTON ROAN, WIDTH NOT DISCLOSED, AS SAID ROAD IS SHOWN ON SAID PLAT; THENCE ALONG THE WEST LINE OF SAID LOTS 147 AND 146, AND THE UPPER STOCKTON ROAD, NORTH 19 DEGREES 53' WEST 110.11 FEET TO THE NORTHWEST CORNER OF SAID LOT 146; THENE ALONG THE NORTH LINE OF SAID LOT 146 AND ALONG THE SOUTH LINE OF SAID PUBLIC ROAD 60 FEET IN WIDTH, NORTH 89 DEGREES 30' EAST 409.33 FEET TO THE POINT OF BEGINNING.

APN:038-0191-001

# California Business Portal
## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of Feb 20, 2009 and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC |
|---|
| SECURITY PUBLIC STORAGE - SACRAMENTO III LLC |

| **Number:** 199726710005 | **Date Filed:** 9/24/1997 | **Status:** active |
|---|---|---|

| **Jurisdiction:** CALIFORNIA |
|---|

| Address |
|---|
| 51 FEDERAL ST., STE. 202 |
| SAN FRANCISCO, CA 94071 |

| Agent for Service of Process |
|---|
| BENJAMIN D. EISLER |
| 51 FEDERAL ST., STE. 202 |
| SAN FRANCISCO, CA 94071 |

Blank fields indicate the information is not contained in the computer file.

If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form.

```
L2/M     SACRAMENTO COUNTY 2009-2010 MPR ROLL DATA                17-FEB-09 09:38:05      TT:
      PARCEL NUMBER        SITUS                                TRA         PP CLS
    043 0070 009 0000   07051 POWER INN RD           95828      51010          0
                        ZIP CODE CITY: SACRAMENTO   JURISDICTION: UNINCORPORATED
  PC NR:                 DELETED BY PC:

  OWNER : SECURITY PUBLIC STORAGE-SACRAMENTO III LLC
  STREET: 51 FEDERAL WY 402                  C/O NAME:
  CITY  : SAN FRANCISCO        CA    94107
  EFF ADDR DT:      971014                   REC DT/PG:       971014 0794
         LAND:     531,938                   EFF DATE OWNER:  971014
         IMPS:   2,177,370                   DEED TYPE:       GD
                ------------                 RELIAB:          47
        TOTAL:   2,709,308                   TRF TAX:         2,420.00  F
     FIXTURES:           0                   MULTI:           0
     PERSONAL:           0                   % XFER:          .000
       EXEMPT:           0                   USE CODE:        GL00AA
    HOMEOWNERS:          0
                ------------
                 2,709,308
    BONDS:               BALANCE:            .00  AS OF:
  NV CODE:   9,904  99 NON-SUPPLEMENTAL OR TAX CHANGE          04-JUL-08
```

Case 2:09-cv-00577-FCD-DAD   Document 1-2   Filed 02/28/09   Page 10 of 17

# Assessor Parcel Viewer





PROPERTY INFORMATION

| | |
|---|---|
| ASSESSOR'S PARCEL NUMBER | 043-0070-009-0000 |
| Address | 7051 POWER INN |
| Jurisdiction | UNINCORPORATED |
| Supervisor District | Supervisor Don Nottoli (5) |

ASSESSOR'S 2008-2009 ROLL VALUES

| | |
|---|---|
| Land Value | $521,508 |
| Improvement Value | $2,134,677 |
| Personal Property Value | $5,063 |
| Fixtures | $47,664 |
| Homeowner's Exemption | $0 |
| Other Exemption | $0 |
| Net Assessed Value | $2,708,912 |

LAND INFORMATION

| | |
|---|---|
| Thomas Brothers Coordinates | 338 D 1 |
| Assessor's Land Use Code | GL00AA |
| Subdivision Name | |
| Lot Number | |
| Approx. Parcel Area | 171,626.40 sq ft |

PROPERTY BUILDING INFORMATION

No property building information is available for this parcel on-line. Property information may be available for purchase at the Assessor's Office located at 3701 Power Inn Road, Suite 3000 Sacramento, CA

Assessor Parcel Viewer
  Location of Airports
  Location of Parks
  Location of Schools
  City Boundaries
    ☐CITRUS HEIGHTS
    ☐ELK GROVE
    ☐FOLSOM
    ☐GALT
    ☐ISLETON
    ☐CITY OF RANCHO CORDOVA
    ☐CITY OF SACRAMENTO
  Parcel Lines
  Street Names

**RECORDING REQUESTED BY:**
Fidelity National Title Company
Escrow No. 627981-BW
Title Order No. 00022688

**When Recorded Mail Document
and Tax Statement To:**
Eric Horodas, Esq.
51 Federal Way #402
San Francisco, CA 94107

Recorded in the County of Sacramento
John Dark, Clerk/Recorder
10.00
199710140794 1:12pm 10/14/97
604 80002509 08 17
R02 2 02 DTT Paid 7.00 3.00 0.00 0.00 20.00
0.00 0.00

APN: 043-0070-009                **GRANT DEED**         SPACE ABOVE THIS LINE FOR RECORDER'S USE

The undersigned grantor(s) declare(s)
Documentary transfer tax is $2,420.00
    [ X ]  computed on full value of property conveyed, or
    [   ]  computed on full value less value of liens or encumbrances remaining at time of sale,
    [   ]  Unincorporated Area     City of Sacramento

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Power Inn Security U Store, Ltd., a California limited partnership

hereby GRANT(S) to   Security Public Storage - Sacramento III LLC, a Limited Liability Company

the following described real property in the City of Sacramento
County of Sacramento, State of California:
All that portion of the Southwest one-quarter of Section 35, Township 8 North, Range 5 East, M.D.B. and M., described as follows:

DATED: October 8, 1997

STATE OF CALIFORNIA
COUNTY OF _Los Angeles_
ON _October 9, 1997_ before me,
_KAREN BETH ZILLMAN_ personally appeared
_JERRY R. STERN_
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Signature _Karen Beth Zillman_

Power Inn Security U Store Ltd.
  By: Preferred Equities, Inc.
      General Partner

By: _[signature]_
    Jerry R. Stern, President

KAREN BETH ZILLMAN
Commission # 1081135
Notary Public — California
Los Angeles County
My Comm. Expires Dec 17, 1999

MAIL TAX STATEMENTS AS DIRECTED ABOVE

FD-213 (Rev 7/96)                    GRANT DEED

Order No. 22688 - C

## EXHIBIT "ONE"

All that portion of the Southwest one-quarter of Section 35, Township 8 North, Range 5 East, M.D.B. and M., described as follows:

Beginning at a point in the West line of said Section 35, located North 0°06' West 570.34 feet from the Southwest corner of said Section 35; thence South 89°47' East 673.00 feet; thence North 0°06' West 258.66 feet; thence North 89°47' West 672.09 feet to a point in the West line of said Section 35 and thence South 0°06' East 258.66 feet to the point of beginning.

EXCEPTING THEREFROM an undivided 1/4 interest in and to all oil, gas and other minerals lying below a depth of three hundred (300) feet from the surface of said premises, without the right of surface entry; as excepted and reserved in the Deed from The Lincoln National Life Insurance Company, an Indiana corporation, to Roy L. Brooke, dated November 27, 1945, recorded December 27, 1945, in Book 1200, Page 13, of Official Records, and as modified by the Deed from Lincoln National Life Insurance Company, an Indiana corporation, dated May 31, 1983, recorded June 24, 1983, in Book 830624, Page 541, of Official Records.

Assessor's Parcel No: 043-0070-009

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of Feb 13, 2009 and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| SECURITY PUBLIC STORAGE - ROSEVILLE LLC | | |
| **Number:** 200521310057 | **Date Filed:** 7/26/2005 | **Status:** active |
| **Jurisdiction:** CALIFORNIA | | |
| Address | | |
| 51 FEDERAL ST STE 202 | | |
| SAN FRANCISCO, CA 94107 | | |
| Agent for Service of Process | | |
| BENJAMIN D EISLER | | |
| 51 FEDERAL ST STE 202 | | |
| SAN FRANCISCO, CA 94107 | | |

Blank fields indicate the information is not contained in the computer file.

If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form.

PLACER COUNTY, CALIFORNIA

**Security Public Storage**

| APN | 472-250-018-000 |
|---|---|
| Address | 715 CIRBY WAY, ROSEVILLE |
| Address | NO ADDRESS ON FILE , ROSEVILLE |
| Approx. Acres | 2.8729 |
| Community Plan Area | City of Roseville |
| General Plan | JURISDICTION = ROSEVILLE |
| Supervisor District | BOARD OF SUPERVISORS DIST 1 |
| Fire District | ROSEVILLE CITY FIRE |
| School District | ROSEVILLE CITY ELEMENTARY SCHOOL DIST. |



| Situs Address | | ROSEVILLE | | | Values | |
|---|---|---|---|---|---|---|
| NameAddress | | SECURITY PUBLIC STORAGE ROSEVILLE LLC C/O BACO REALTY CORP DBA SECURITY PUBLIC STORAGE 51 FEDERAL ST #202 SAN FRANCISCO CA 94107 | | Land | | |
| | | | | Structure | | |
| | | | | Fixtures | | |
| Status | Date | ACTIVE | 06/04/2008 | Growing | | |
| Taxability Code | Descr | 001 | BUSINESS OWNERSHIP | Total L&I | | |
| | | | | Fixture RP | | |
| TRA | Base Date | 005-029 | | MH PP | | |
| Creating Doc# | Date | 2008I0045443 | 06/04/2008 | PP | | |
| Current Doc# | Date | 2005R0112116 | 08/23/2005 | Exemption | | |
| Terminating Doc# | Date | | | Net | | |
| Neighborhood C... | Supl Cnt | 0230 | 2 | R/C # | | |
| Asmt Description | | 2.9 AC POR PAR A PMOR 12 123 | | TR/Date | | |
| Land Use 1 | Land Use 2 | | | Status | | |
| Zoning 1 | Dwell 1 | | | Description | ENROLLED | |
| Acres | SqFt | 2.9 | 0 | | | |
| SSN1 | SSN2 | - - | - - | | | |

**Parcel Desc: 2.9 AC POR PAR A PMOR 12 123**

| Section | TownShip | Range | 11 | 10 | 6 | |
|---|---|---|---|---|---|---|
| Description | | | 2.9 AC POR PAR A PMOR 12 123 | | | |
| TPZ | Ag Pres | Etal | Bonds | ☐ | ☐ | ☐ | ☐ |
| Multi ... | 910 MH | Flag 1 | Flag 2 | ☐ | ☐ | ☐ | ☐ |
| Asmt PP | Tax PP | Appeal | Split | ☐ | ☐ | ☐ | ☐ |
| Comments | | | POR 472-250-010-000 | | | |



Main | Notes | Ownership Detail | Ownership History | Exemptions | Mfg Homes | Attributes | Value History | Situs | Sales

Ready.    ddelpapa 08/15/2008 8:39:52 AM

RECORDING REQUESTED BY
OLD REPUBLIC TITLE CO.
022700 4112 -DP

APN 472-250-010

Recording Requested By and
When Recorded Mail To

Baco Realty Corporation
51 Federal Street, Ste. 202
San Francisco, CA 94107
Attn: Chief Financial Officer

PLACER, County Recorder
JIM MCCAULEY
**DOC- 2005-0112116**
Acct 106-OLD REPUBLIC TITLE
Tuesday, AUG 23, 2005 14:56:35
MIC   $3.00 AUT   $14.00 SBS   $13.00
REC   $16.00
Ttl Pd   $46.00        Nbr-0001346149
                          rec/CG/1-14

Mail Tax Statements To:

Same as above

Space Above this Line for
Recorder's Use

The undersigned grantor(s) declare(s):
Documentary transfer tax is $0
   Transfer is between business entities whose direct or indirect proportional interests are the same.

# GRANT DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Benjamin D. Eisler and Shirley E. Eisler, Co-Trustees of the Eisler Revocable Trust (u/a/d May 16, 1980, Amended and Restated February 16, 1993), as to an undivided 36.23% interest ("Eisler Trust"), Kim Orwitz Rosen, a married woman, as her sole and separate property, as to an undivided 22.92% interest ("KOR"), Michael S. Orwitz, a single man, as to an undivided 17.66% interest ("MSO"), Allen Orwitz and Mark S. Goldstein, Co-Trustees of the Staci Nicole Eisler Trust (u/a/d January 5, 1987), as to an undivided 2.90% interest ("SNE Trust"), Allen Orwitz and Mark S. Goldstein, Co-Trustees of the Michael Bradley Eisler Trust (u/a/d January 5, 1987), as to an undivided 2.90% interest ("MBE Trust") and Twin Peaks Sales Company, a California Partnership, as to an undivided 17.39% interest

hereby GRANT(S) to

Security Public Storage – Roseville LLC

the following described real property in Placer County, California:

SEE EXHIBIT "A" ATTACHED HERETO

Dated:   August 1, 2005

Eisler Revocable Trust (u/a/d May 16, 1980,
Amended and Restated February 16, 1993)

By: _____
    Benjamin D. Eisler, Co-Trustee

By: _____
    Shirley E. Eisler, Co-Trustee   8/2/05



*[signature]*
Kim Orwitz Rosen

---

Michael S. Orwitz

Staci Nicole Eisler Trust
u/a/d January 5, 1987

By: _____
Allen Orwitz,
Co-Trustee

By: _____
Mark S. Goldstein,
Co-Trustee

Michael Bradley Eisler Trust
u/a/d January 5, 1987

By: _____
Allen Orwitz,
Co-Trustee

By: _____
Mark S. Goldstein,
Co-Trustee

Twin Peaks Sales Company,
a California partnership

By: Eisler Revocable Trust(u/a/d May 16, 1980,
Amended and Restated February 16, 1993),
General Partner

By: _____
Benjamin D. Eisler, Co-Trustee

By: _____
Shirley E. Eisler, Co-Trustee